IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

KATINA VON NEWMAN

    Plaintiff,

v.                               Civil Action No. _3:19-cv-00075_

THE CITY OF HUNTINGTON;
THE HUNTINGTON POLICE DEPARTMENT; and,
MARSHALL UNIVERSITY POLICE,

    Defendants.

## NOTICE OF REMOVAL

COME NOW the Defendants, the City of Huntington and the Huntington Police Department (hereinafter "Defendants"), by and through counsel, Steven K. Nord, Ryan Q. Ashworth, and the law firm of Offutt Nord Ashworth, PLLC, and for their Notice of Removal, state as follows:

1.    The Defendants desire to exercise their right under the provisions of 28 U.S.C. § 1441, *et. Seq.*, to remove this action from the Circuit Court of Cabell County, West Virginia, in which such action is now pending under the name of *Katina Von Newman v. The City of Huntington, the Huntington Police Department, and Marshall University Police* (Civil Action No. 18-C-606);

2.    The above-entitled action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, based on alleged violations of 42 U.S.C. §1983, and allegations that the Defendants violated her constitutional rights under "color of law;"

1

3. The above-entitled action was filed in the Circuit Court of Cabell County, West Virginia, on November 28, 2018, with a Summons and Complaint served upon Defendant, City of Huntington, on January 10, 2019. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. §1446(b); A copy of all pleadings and process are attached hereto and incorporated herein as **"Exhibit A;"**

4. That the Defendants are entitled to have the above-entitled action removed from the Circuit Court of Cabell County, West Virginia, to the United States District Court for the Southern District of West Virginia, Huntington Division, such being the district and division wherein said suit is pending and where the alleged incident took place;

5. That written notice of the filing of this Notice of Removal shall be this day served on all parties to this action as required by law and a true copy of the Notice of Removal shall be this day served on the Clerk of the Circuit Court of Cabell County, West Virginia, as required by law;

6. No applicable rules, law, or statutes prevent or limit the right of removal of this action to this United States District Court.

**WHEREFORE,** the Defendants, the City of Huntington and the Huntington Police Department, request that this action be removed to this Court and that this Court accept jurisdiction of the action and henceforth, that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally instituted in this Court, and for any and all further relief as this Court deems fair and equitable.

2

Respectfully submitted,


**THE CITY OF HUNTINGTON and THE HUNTINGTON POLICE DEPARTMENT**

**BY COUNSEL**

/s/ Steven K. Nord
Steven K. Nord, Esquire (WV Bar #2748)
Ryan Q. Ashworth, Esquire (WV Bar #10451)
**OFFUTT NORD ASHWORTH, PLLC**
949 Third Avenue, Suite 300
Post Office Box 2868
Huntington, West Virginia   25728-2868
Telephone: 304-529-2868
Facsimile: 304-529-2999
sknord@onalegal.com
rqashworth@onalegal.com

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

KATINA VON NEWMAN

      Plaintiff,

v.                                Civil Action No. 3:19-cv-00075

THE CITY OF HUNTINGTON;
THE HUNTINGTON POLICE DEPARTMENT; and,
MARSHALL UNIVERSITY POLICE,

## CERTIFICATE OF SERVICE

The undersigned, counsel for the Defendants, City of Huntington and Huntington Police Department, certifies that the foregoing *"Notice of Removal,"* was served upon parties/counsel of record, via electronic filing this 29th day of January, 2019:

Katina Von Newman
1136 8th Street
Huntington, WV 25701
*Pro Se Plaintiff*

Marshall University Police Department
1801 5th Avenue
Huntington, WV 25705

/s/ Steven K. Nord
Steven K. Nord, Esquire (WV Bar #2748)

4